UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY PRO SE OFFICE
2019 SEP 24  PM 12: 26

Michael D Andrews

_____
Write the full name of each plaintiff.

19 cv 5622
(Include case number if one has been assigned)

-against-

Theresa green
City of new york
NyPD

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

AMENDED

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-19

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

\19-CV-05622-CM

Rev. 2/10/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

I was Assulted by teresa green on 9/21/17 they lied NYPD on a Report # 2018-013 061276. IB give me a new Report 2019-9866 was in Jail for a week cuz she ~~too~~ lied.

B. If you checked Diversity of Citizenship

  1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Michael                Donald              Andrews
**First Name**         **Middle Initial**  **Last Name**

3569 Dekalb Av
**Street Address**

Bronx    New york              NY           10467
**County, City**               **State**    **Zip Code**

347-682-9751                   Mike3339003a@gmail.com
**Telephone Number**           **Email Address (if available)**

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **theresa green**
First Name        Last Name

**DHS worker**
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

Defendant 2: **Jhon Doe**
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

Defendant 3: **Jhon Doe**
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/24/2019

Plaintiff's Signature: Andrews

First Name: Michael
Middle Initial: D
Last Name: Andrews

Street Address: 3569 Dekalb Av
County, City: Bronx
State: NY
Zip Code: 10467
Telephone Number: 347-682-9751
Email Address: Mike33390D3A@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Defendant 4: __Jhon__ __Doe__
                First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __Manhattan Nyc__

Date(s) of occurrence: __9/21/2017__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please Read Paperwork giveing to the Court, many Pages and proff of the day

I write a 3 Page of the day I giving it also ~~withe~~ with the updated Report from IeB Dr. Paperwork

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Hit with a baton on 9/21/17 By ms green Please see paper work IEB gave a new new Report and tre still locked me up new Report from IEB is 2019-8866

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Money damages for motional distreess Being hit By a city work and Being Illegally incarcerated Because she lied

So basically in 2017 9/21/ I was leaving the HRA office where the incident happened. Because Social Security was delay my Benefilits and I couldn't eat proper food So I was going to HRA for restaurant allowace was only giving me $20 a week I try to leave outside of the Building I seen a lady screaming on the Phone so I tried to move to the left so I just stayed there waited for her leave out I proceeded to building I put my head down to put my headphones on and literally stepped on the Back of her foot and she proceeded to state to hit me with a pole I grab the pole a few times from her. So then she was trying to tease me of it look like a gun so I screamed and I security pulled her Back in So I was on the Phone with 911 I run across the

Street.
So ~~too~~ ~~on~~ ~~pt~~

I walk one block down one block across to go get the address in front to the building. the 911 operator ~~what~~ ask me to do it

then teresa green came out again and started to swing the pole again and five other security guards ~~to~~ stated ~~###~~ Hitting me. there DHS supervisor Explained to them if the come off the curb He was going to arrest them Because they were attacking me. So I sat a cop car patiently while numerous office i went insaid of the building and review the tape one Offices from 25 not a Supevisor took I told the cop to call ems ~~Because~~ ~~and~~ he said. call call one for Her too ms green. After I Ask for so we was ~~~~ Ems and the guy cop ~~go~~ was →

Page 3

the guy cop said you have to call a differnet cop Because he was not putting Handcuess on me. So as the doctor made it very clear to officer Charles that I wasn't being Charged with a crime because I was the one that got assaulted and I Recieved papers from the Hospital saying I was assaulted, Exhibt of mount Sinai saying I was assaulted in the letter.

I went after to get her name and they give me this And told me I was I I needed Report # 2018-013 001276
the City lied on that Report →
Kevin from IB waited to let the time from run out.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL D. ANDREWS,

            Plaintiff,

-against-

THERESA GREEN, *et al.*,

           Defendants.

---

19-CV-5622

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   July 22, 2019
           New York, New York

                                                               COLLEEN McMAHON
                                                    Chief United States District Judge

I was having numerous Issues at 1088 Anderson Av Bronx Back from Mar 2018 Lttile minor problems at first but the neglect of the super and the Individuals at ICL. Leto concepcion letting get worst I have video's Pictures Regarding all incidents from 1088. Anderson whice forced me to go to a hotel I was told I would get my money Back now there saying no. Now haveing Problems in the mew Place same thing only this time the super freddy dose fix it Rigth away But the wall has mold in it they know I have a AutoImmune And I Cant make allegations with busi But If the same thing is happend in the new Place I dont know whats happen_

Exhiubt (A)

\19-CU-06069-Cm

2019 SEP 24 PM 12:21
RECEIVED
SDNY PRO SE OFFICE

**Emergency Services Bureau**
Department of Housing Preservation and Development
100 Gold Street, Room 6E3
New York, NY 10038

| |
|---|
| MIKE QUEEN |
| 3569 DEKALB AVENUE   Apt #: 2D |
| BRONX  NY 10467 |

**Complaint ID:** 9726932
**Letter Date:** 9/12/2019

**Violation #:** 13274939
§ 27-2005, 2007 ADM CODE  ARRANGE AND MAKE SELF-CLOSING THE DOORS AT ENTRANCE TO APT  LOCATED AT APT 2D, 4th STORY, APARTMENT AT  WEST , SECTION  AT  NORTH

Exhibit (B)

1:19-CV-06069-CM

2019 SEP 24 PM 12:21
SDNY PRO SE OFFICE
RECEIVED

Cycle #:  332917                    TENANT NOTIFICATION



**NewYork-Presbyterian**
Weill Cornell Medical Center

**Montreh Tavakkoli, MD**

Phone: 212-746-7077
Fax: 212-746-2917

1484-1846 First Avenue
New York, NY 10075-2304

September 6, 2019

Mr. Michael Andrews
3569 Dekalb Ave
Apt 2D
Bronx, NY 10467-1114

To whom this may concern,

Michael Andrews (DOB 6/24/1983) is a patient followed at our practice at Weill Cornell Internal Medicine Associates at the Wright Center. The following information is being provided on his request.

He is a 36 year old man with presumed primary sclerosing cholangitis, autoimmune pancreatitis and arthralgias. The patient has reported abdominal pain, nausea, and vomiting, confining him to bed associated with flare ups of his above conditions. He also reports intermittent bouts of joint pains that are exacerbated by activities such as lifting. He has been on a special diet to avoid weight loss which includes high protein intake (including lean meat, beans, lentils) and avoidance of foods with trans-fats including fried food as well as food high in starch content.

If you have any additional questions, please feel free to contact our office.

Sincerely,

Montreh Tavakkoli, MD

1:19-CV-04095-JGK

Exhibit A

2019 SEP 24 PM 12:21
SDNY PRO SE OFFICE
RECEIVED



**Mount Sinai**

*Recanati/Miller Transplantation Institute*

**Jawad Ahmad, MD**
Associate Professor of
Recanati/Miller Tra[n]

The Mount Sina[i]
One Gustave [L]
New York, [NY]

Tel.: (212) 241-00[34]
Fax: (212) 289-7738

June 20th 2018

RE: Michael Andrews

To Whom It May Concern:

Michael Andrews is currently under our care here at Mount Sinai Medical Center for his liver disease. He has a history of Primary sclerosing cholangitis (PSC) and Autoimmune pancreatitis. Primary sclerosing cholangitis (PSC) is a chronic progressive disorder of unknown etiology that is characterized by inflammation, fibrosis, and structuring of medium and large-size ducts in the intrahepatic and extrahepatic biliary tree. It is associated with various complications such as cholestasis, frequent cholangitis, cholangiocarcinoma and jaundice. Majority of patients can have complaints such as fever, nausea, vomiting, loss of appetite, weightloss, and abdominal pain. PSC can follow the path of a progressive disease results in portal hypertension and liver failure. As this time there is no treatment for PSC. Mr. Andrews is seen routinely seen for f/u and management of PSC.

If you have any questions please do not hesitate to call our office.

Sincerely,

Mellessa Lurch, FNP
Jawad Ahmad MD, FRCP, FAASLD
Professor of Medicine
Division of Liver Diseases
The Mount Sinai Hospital
One Gustave L. Levy Place
Liver Transplant – Box 1104
New York, New York 10029-6574
Tel: (212) 241-0034  Fax: (212) 289-7738
E-mail: jawad.ahmad@mountsinai.org

1:19-CV-0405-Jgk

Exhibit B

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

Certificate #: U-000003167-N  
Page 1 of 1



# NEW YORK CRIMINAL COURT
100 Centre St., New York, NY 10013  
Phone: (646) 386-4500  Fax: (718) 374-5293

**NO FEE**  
Non-Public  
Version

The People of the State of New York  
vs.  
**Michael D. Andrews**

**Certificate of Disposition**  
Docket Number: **CR-015717-19NY**

Defendant DOB: **06/24/1983**

Arrest Date: **05/10/2019**     Arraignment Date: **05/11/2019**

THIS IS TO CERTIFY that the undersigned has examined the files of the **New York Criminal Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.05 01 DF Aslt W Int Caus Serious Ph Inj | DF | Dismissed (Superseded by Another Charge (CPL 100.50(1))) | 05/16/2019 |
| 5 | PL 120.14 01 AM Menacing-2nd:Weapon **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |
| 6 | PL 265.01 02 AM Crim Poss Weap-4th:Int To Use **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |
| 7 | PL 240.26 01 V Harassment-2nd:Physical Cntact **SEALED 160.50** | V | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |

Dated: **September 24, 2019**     _____  
Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)] Arraignment charges may not be the same as the original arrest charges.

CPL 160.50:     All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.



SEALED pursuant to Section 160.50 of the CPL

Exhibit (C)

19-CV-05622-CM

Certificate #: U-000003168-N

Page 1 of 1



# NEW YORK CRIMINAL COURT
100 Centre St., New York, NY 10013
Phone: (646) 386-4500  Fax: (718) 374-5293

**NO FEE**
Non-Public
Version

The People of the State of New York
vs.
**Michael D. Andrews**

Defendant DOB: **06/24/1983**

**Certificate of Disposition**
Docket Number: **CR-054635-17NY**
Legacy Docket Number: **2017NY054635**

Arrest Date: **09/21/2017**       Arraignment Date: **05/11/2019**

THIS IS TO CERTIFY that the undersigned has examined the files of the **New York Criminal Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.00 01 AM Aslt 3-W/Int Cause Phys Injury **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |
| 2 | PL 110-120.00 01 BM Attempted Aslt 3-W/Int Cause Phys Injury **SEALED 160.50** | BM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |
| 3 | PL 240.26 01 V Harassment-2nd:Physical Cntact **SEALED 160.50** | V | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 09/24/2019 |

Dated: **September 24, 2019**

Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)]
Arraignment charges may not be the same as the original arrest charges.
CPL 160.50: All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.



pursuant to Section 160.50 of the CPL

1:19-CV-05622-CM

2019 SEP 24  PM 12:27

RECEIVED
SDNY PRO SE OFFICE

Exhibit (B)