UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Andrews

Write the full name of each plaintiff.

19 cv 05622 (VEC)

(Include case number if one has been assigned)

-against-

Amended COMPLAINT

the City of New York, HRA
theresa green, Raheem walter
~~Batir~~ Ronisha Morris, Robert
occean, Deon Cordon

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

Do you want a jury trial?
☒ Yes   ☐ No

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-23-20

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Attacking me, making false statements on documentation Having me illegally incarcerated for 6 Days

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __theresA green__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __City of New york__, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Michael__ __D__ __Andrews__
First Name | Middle Initial | Last Name

__3564 Dekalb Av 2D__
Street Address

__Nyc__ __Ny__ __10467__
County, City | State | Zip Code

__347-682-9751__ __mike33596034@gmail.com__
Telephone Number | Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Ronisha Morris**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2: **Raheen Walker**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3: **Robert OCCean**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Page 4

Defendant 4: __Theresa  Green__
                 First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __2322 3rd Avenue New York, 10035__

Date(s) of occurrence: __September 21, 2017__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please look over attached (6) pages all facts are numbered all Individuals are listed

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was assaulted with a metal Baton Jumped by 4 individuals Punched, hit in the Back with a metal Baton taken to the ER in handcuffs illegally incarcerated. Emotional distress. Rikers island

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Unsecified damages, teresa green to be charged with a crime for hitting me with a metal Baton after I called 911 and hitting on my Back

Page ①

I was leaving ~~East~~ 2322 3rd Av on September 21, 2017. I got off the elevator I noticed Teresa green screaming on the phone, so I was walking slow then waited into she was walk out. ~~because she~~ ~~Sta. & I Really was trying to avoid her~~ ~~I was~~ was a few feet be behind her But as I moved to the left she moved so I ~~waited~~ waited then I was walking out the Door ~~while she take~~ ~~Mate up in her case~~ I put on my headphones headphones and walking out. So she was still in the Door way. I ~~be~~ literally stepped on the Back of her foot I didn't know she was there in the Door way She ① She started to punch me About 4 or five times I was blocking her hits ~~to~~ telling her I was sorry.

+ ② then she proceeded to take a metal Baton and hit me. ③ I grabbed it and threw it twice.

then the third time I grabbed the metel Baton it look like she was trying to get something off of Her Security belt that looked like a gun or a ~~teaser~~ tayser. Then a dark skin security gay grabbed her and pulled her inside. I called 911. they told me to run so I did then the 911 opecator asked me what was the exact address so they told me to go the front of the building and see what the address was, there, was no numbers on the front so I open the other Door not from the back ~~exit~~ exit. that way literally a ~~back~~ block and a half away But the front Door ③ then ~~there~~ theresa green came agian and started to swinging the metel Baton I grabbed it ~~agin~~ agian and threw it.

At But this point I had no choice to figth her Back Because she already hit me (3) about 6 times with the metel Bator (4) next thing one security guard started to Punching me (5) two other guards started Puchng (6) name (4) the Big guy come and started to Puch me. so two was the height of 5'9 the other guard was maybe my height and the Big guy had to be like 6'7. (7) then teresa greer started hitting me agian this time in my back. At this time I was all the way out the building and I hear a lady and guy saying oh my god why are all you Attacking him like that So I moved to 31 streets waiting for offices to Arrive and DHS. Dennis Doby told all of them the ones that were hitting me.

Page ④

If you go on the street and hit him one more time I'm going to Arrest you guys Because you are are attacking him and you guys can't hit him like that. So NYPD came ~~out~~ on the scene. ~~Six cops car that came~~ ⑦ Several NYPD officers came and went in said to look at the ~~video~~ video and each one told me to stay still and stay calm and wait. ⑧ Then a African American cop male came on the scene ~~side~~ 25-35 said he was a Sergeant ask what I wanted to ~~to~~ do he told me to just go home. I said I need to go to the ER, so he said call a Bus for me then looked at about ~~four~~ Offices and told him to put handcuffs on me and each one officer said no Because ~~I~~ he didn't do Anything, and the Attacked me. ⑨ so he had to call officer ~~the~~ Charles to meet us at he hospital Because the officers on ~~the~~ scene ~~font~~ did not want to put me in ~~hurts~~ handcuffs

Page 5

(10) for escorted me to the hospital in handcuffs for hours and she damage my hands with the metal Baton haveing in handcuffs like I was the criminal. Emotional distress for all these things (11) for lying on the documentation because I specifically remember the doctors telling officer charles numerous times that I was attacked I Better not Be arrested for Being Attacked. (12) for Issue me a Desk appearance ticket that I wasnt in knowledge of, which caused me to be locked up in 2019 Rikers Island. (13) for Emotional distress, Excruciating Back Pain my wrist and all other parts that I was hit with metal baton the four officers security FJC guards that was attacking me teresa green and any other false witness that caused me to be locked up

Page 6

I'm looking to Sue all individuals that physically attacked me and and security officer or DHS officer that made false statements to cause me to get locked up for 6 Days.

① HRA officer theresa green
② security officer that attacked me Dont Know names But 2 guys was 5'9 one was my heigth and one was about 6'7

Ronisha morris
Raheen walter
Robert occean
Deon cordon
and the NYPD officer that called officer Charles on the scene.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1/23/20
Dated

Plaintiff's Signature

Michael / D / Andrews
First Name / Middle Initial / Last Name

3569 DeKalb Av
Street Address

NYC / NY / 10467
County, City / State / Zip Code

347-682-9751
Telephone Number

Mike33390d3a@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

19 CV 05622

Andrews          Michael
Name (Last, First, MI)

3569 Dekalb Av    3D    NY    10467
Address           City        State  Zip Code

347 692-9751              mike333903d@gmail.com
Telephone Number          E-mail Address

1/23/20
Date                      Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007