```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL D. ANDREWS,                            :
                                               :
                    Plaintiff,                 :
                                               :
         - against -                           :
                                               :
THERESA GREEN, et al.,                         :
                                               :
                    Defendants.                :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

**ORDER**

19-CV-5622 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Clerk of Court is directed to notify the New York City Department of Social Services and the New York City Law Department of this order. The Court requests that Theresa Green, Raheem Walter, Ronisha Morris, Robert Occean, and Deon Cordon waive service of the summons and complaint.

**SO ORDERED.**

Dated: March 16, 2020
       New York, New York

JAMES L. COTT
United States Magistrate Judge