USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL D. ANDREWS,

                 Plaintiff,

                 - against -

THERESA GREEN, *et al.*,

                 Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-5622 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held an initial conference in this *pro se* case today. As discussed, the parties are directed to complete fact discovery by **November 30, 2020**. The Court will then hold a status conference by telephone on **December 2, 2020** at 11:00 a.m. to discuss the need for expert discovery and to set a schedule for any motion practice. The parties should use the same call-in number that they used for today's conference. In the interim, if the parties believe it would be helpful for the Court to assist in settlement discussions, they should write to the Court and request that a telephonic settlement conference be scheduled.

      **SO ORDERED.**

Dated: August 6, 2020
         New York, New York

                                                    JAMES L. COTT
                                                    United States Magistrate Judge

**A copy of this Order has been
emailed and mailed to the following:**
Michael D. Andrews
3569 Dekalb Ave.
Apt. 2D
Bronx, NY 10467
(347) 682-9751
mike33390D3a@gmail.com