Case 1:19-cv-05622-VEC-JLC   Document 46   Filed 03/19/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL D. ANDREWS,

               Plaintiff,                       **ORDER**

  -v-                                        19-CV-5622 (VEC) (JLC)

THERESA GREEN, et al.,

               Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a settlement conference today, at which plaintiff settled with defendants Robert Occean, Deon Cordon, Ronisha Morris, and Raheem Walter. Settlement discussions between plaintiff and defendants Theresa Green and the City of New York were unsuccessful. Accordingly, the case will proceed as to those defendants. The parties have agreed to the following schedule for the City's summary judgment motion: moving papers are due **May 3, 2021**; opposition papers are due **June 11, 2021**; and reply papers, if any, are due **June 25, 2021**.

    SO ORDERED.

Dated: March 19, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge