```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL D. ANDREWS,                    :
                                       :
                         Plaintiff,    :
                                       :        19-CV-5622 (VEC)
             -against-                 :
                                       :        ORDER
THERESA GREEN, et al.,                 :
                                       :
                         Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 19, 2021, the parties attended a settlement conference before Magistrate Judge Cott; and

   WHEREAS the parties agreed to a partial settlement of this action;

   IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Robert Occean, Deon Cordon, Ronisha Morris, and Raheem Walter are DISMISSED.  The Clerk of Court is respectfully requested to terminate these individuals as Defendants in this action.

   Within **30 days** of this order, Plaintiff and the settling Defendants may apply to reopen this action as between the settling parties.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

   Additionally, if the settling parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to

enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  **March 20, 2021**                  _____
      **New York, NY**                       **VALERIE CAPRONI**
                                         **United States District Judge**