```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL D. ANDREWS,                      :
                                         :
                        Plaintiff,       :
                                         :         19-CV-5622 (VEC)
            -against-                    :
                                         :             ORDER
                                         :
THERESA GREEN, et al.,                   :
                                         :
                        Defendants.      :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on June 1, 2021 the parties filed a notice of settlement between Plaintiff and the remaining Defendants in this case (the City of New York and Theresa Green), Dkt. 52;

   WHEREAS on June 2, 2021, the Court issued an order dismissing the case and giving the parties 30 days to apply to reopen the case upon a showing of good cause, Dkt. 53; and

   WHEREAS on July 1, 2021, the Court received a letter from Plaintiff, dated June 30, 2021, requesting that the Court reopen the case, Dkt. 54;

   IT IS HEREBY ORDERED that not later than **October 1, 2021**, Plaintiff must file a letter confirming whether he still wishes for the Court to reopen the case, and if so, clearly describing the reasons the Court should reopen the case, notwithstanding the parties' agreement in principle.  Not later than **October 8, 2021**, Defendants must respond to Plaintiff's letter indicating whether they oppose Plaintiff's attempt to reopen the case, assuming he still requests that the Court do so.

**SO ORDERED.**

Date:  September 10, 2021
       New York, NY

                                        _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**