```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  MICHAEL D. ANDREWS,                          :
                                               :
                              Plaintiff,       :
                                               :        19-CV-5622 (VEC)
                  -against-                    :
                                               :        ORDER
  THERESA GREEN, et al.,                       :
                                               :
                              Defendants.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/22

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 21, 2022, Defendant the City of New York informed the Court that the parties were finalizing a settlement agreement before Magistrate Judge Cott, *see* Dkt. 77; and

    WHEREAS Judge Cott held a settlement conference on July 27, 2022, *see* Dkt. 76;

    IT IS HEREBY ORDERED that the parties must submit an update regarding the status of settlement not later than August 17, 2022.

**SO ORDERED.**

Date: **August 11, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**